**The PEOPLE OF the STATE OF NEW YORK, Plaintiff-Appellee,**

v.

**Harold KONIGSBERG, Defendant-Appellant.**

**No. 226, Docket 33939.**

United States Court of Appeals Second Circuit.

Submitted Nov. 4, 1969.

Decided Nov. 4, 1969.

Certiorari Denied March 2, 1970. See 90 S.Ct. 998.

Roy R. Kulscar, Michael R. Juviler, David Otis Fuller, Jr., Asst. Dist. Attys., Frank S. Hogan, Dist. Atty., New York County, for plaintiff-appellee.

Frank A. Lopez, Brooklyn, N. Y., for defendant-appellant.

Before WATERMAN, FRIENDLY and SMITH, Circuit Judges.

PER CURIAM:

We affirm the order of remand below on the opinion of Judge Tenney, D.C., 305 F.Supp. 1201, and we order that our mandate be issued forthwith.

■

**Raymond Alfred BEAUDINE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 25019.**

United States Court of Appeals Fifth Circuit.

Nov. 25, 1969.

Raymond E. LaPorte, Tampa, Fla., for appellant.

Robert B. McGowan, Asst. U. S. Atty., Tampa, Fla., for appellee.

ON PETITION FOR REHEARING OF 414 F.2d 397 AND PETITION FOR REHEARING EN BANC

Before GOLDBERG, GODBOLD and SIMPSON, Circuit Judges.

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

■

**UNITED STATES of America, Appellant,**

v.

**DYMO INDUSTRIES, INC., and Modulux, Inc., Appellees.**

**No. 24930.**

United States Court of Appeals Ninth Circuit.

Dec. 19, 1969.

Certiorari Denied Feb. 27, 1970. See 90 S.Ct. 946.

Carl Hoppe (argued), San Francisco, Cal., for appellant.

Gilbert Pavlovsky (argued), Atty. Dept. of Justice, Washington, D. C., Marquis L. Smith, Chief, Anti-Trust Div., Cecil F. Poole, U. S. Atty., San Francisco, Cal., for appellees.

Before HAMLEY, BROWNING and DUNIWAY, Circuit Judges.

PER CURIAM:

The order appealed from is affirmed for the reasons stated in the opinion of the District Court. In re Dymo Industries, Inc., D.C.N.D.Cal., 1969, 300 F.Supp. 532.